UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

# CLERK'S MINUTES

**CASE NUMBER: CA 04-414S** **DATE: June 17, 2005**

**TITLE: WILLIAM BURELLE v. QUEBECOR WORLD PAWTUCKET, ET AL**

**MAGISTRATE JUDGE: David L. Martin**

**COURTROOM CLERK: Martha Saucier**

---

**COUNSEL PRESENT:**

**Plaintiff: Melissa Horne**

**Defendant: Anthony DiOrio**

****************************************************************************

**Proceedings: Plaintiff's Motion for Sanctions**

**All counsel of record present. Plaintiff argues motion. Defendant states objections. Plaintiff responds to the objections. Court denies the motion. Court to prepare an order.**