**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

FILED JUL 15 2005 U.S. DISTRICT COURT DISTRICT OF RHODE ISLAND

| | |
|---|---|
| **WILLIAM J. BURELLE** | |
| **Plaintiff,** | |
| **v.** | |
| **QUEBECOR WORLD PAWTUCKET f/k/a QUEBECOR WORLD PACKAGING GRAPHICS; QUEBECOR WORLD PRINTING (USA) INC.; and ERNEST MASSE** | **C.A. No. 04-414 S** |
| **Defendants.** | |

**JOINT MOTION FOR EXTENSION OF PRETRIAL DATES**

Plaintiff and Defendants jointly move for an extension of the dates imposed by the Pretrial Order entered in this matter. As support for this motion, the parties state the following:

1. The Pretrial Order, which was entered on January 20, 2005, established a discovery closure date of July 20, 2005, a dispositive motions cutoff of August 5, 2005 and a deadline for Pretrial Memoranda of August 20, 2005.

2. Since the entry of the Pretrial Order, the parties have exchanged written discovery.

3. Completion of written discovery took longer than anticipated by the parties. As a result, there remain a number of depositions which cannot be completed prior to the discovery closure date.

4. Because discovery is incomplete, the parties have not been able to determine whether there is any basis for certain motions, including dispositive motions. Since discovery will not

this Court enter an order extending all of the dates imposed by the Pretrial Order by 90 days.

**WILLIAM J. BURELLE**

By his attorney,

Melissa Horne

Melissa M. Horne, Esq. (#5291)
Winograd, Shine & Zacks, P.C.
123 Dyer Street
Providence, RI 02903
Telephone: (401) 273-8300
Facsimile: (401) 272-5728

Dated: July 15, 2005

**ERNEST MASSE**

By his attorney,

Joseph J. Altieri/MMH

Joseph J. Altieri, Esq.(#2712)
Joseph J. Altieri, Ltd.
301 Metro Center Boulevard,
Suite 102
Warwick, RI 02886
Telephone: (401) 736-6600
Facsimile: (401) 736-6602

Dated: July 15, 2005

**QUEBECOR WORLD PAWTUCKET PACKAGING GRAPHICS AND QUEBECOR WORLD PRINTING (USA) INC.**

By its attorney,

Anthony J. DiOrio/MMH

Anthony J. DiOrio, Esq.(#3419)
Jackson Lewis
127 Dorrance Street
Providence, RI 02903
Telephone: (401) 490-3444
Facsimile: (401) 454-8855

Dated: July 15, 2005

GRANTED

William E. Smith
U.S. District Judge

9/19/05