**ORIGINAL**

**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

---------------------------------------------------------------------X

| | | |
|---|---|---|
| **WILLIAM J. BURELLE,** **Plaintiff,** | : | |
| **- against -** | : | **C.A. No.: 04-414 S** |
| **QUEBECOR WORLD PAWTUCKET f/k/a QUEBECOR WORLD PACKAGING GRAPHICS; QUEBECOR WORLD PRINTING (USA) INC.; and ERNEST MASSE,** **Defendants.** | : | |

---------------------------------------------------------------------X

**JOINT MOTION FOR EXTENSION OF PRETRIAL DATES**

Plaintiff and Defendants now jointly move for an extension of time imposed by the Pretrial Order entered in this matter. In support of the motion, the parties state the following:

1. All parties have heretofore exchanged written discovery. Defendant Ernest Masse's deposition is presently scheduled for the two consecutive dates of October 27 and 28, 2005.

2. Other pre-trial depositions have yet to be completed. Plaintiff has given corporate Defendants a list of deposition witnesses who either are present or former employees of corporate Defendants. As to listed witnesses who are still employed by corporate Defendants, none of them are presently located within the State of Rhode Island. Their travel to Rhode Island will have to be factored into the scheduling.

3. Defendants are also in need of taking Plaintiff's deposition, who is presently a resident of the State of Connecticut.

4. There is also one witness (Victor Santos) who is no longer an employee of corporate Defendants (and has not been employed by corporate Defendants since prior to the commencement of this action). It is contemplated that Plaintiff will have to first locate and then serve this individual with a non-party witness subpoena and fees to appear for his deposition.

5. There is a pending crucial deposition of a non-party witness (Mendy Bistritizky) who is a resident of the Borough of Brooklyn, City of New York, State of New York. Counsel for corporate Defendants has prepared a subpoena and is in the process of serving Mr. Bistritzky in New York. Further, arrangements have been made to take Mr. Bistritzky's deposition within New York City. All counsel shall be required to appear in New York City, in mid – to – late November, 2005[1], in order to take the non-party witness's deposition.

5. Further, because there are three attorneys representing the various parties in this action (and multiple schedules conflicting with each other), and further, because of the distant locations of party and non-party witnesses, there has been difficulty in concluding pre-trial depositions.

6. It is contemplated that after the aforementioned depositions are completed, and absent new information which is learned during the depositions which might require additional discovery, the parties will have completed all pre-trial discovery. Accordingly, it is jointly requested that the present discovery cutoff date of October 20, 2005 be extended 60 days to **December 19, 2005**; that the present dispositive motion cutoff date of November 7, 2005 be

---

1 Counsel for corporate Defendants located and spoke to Mr. Bistritsky by phone about appearing for a non-party deposition regarding this matter. Mr. Bistritsky, while willing to appear, only asked that we not subpoena him during the month of October, as the many Jewish religious holidays during this month will have kept him (and his family) away from business long enough, and he needed to work as much as possible to make up for lost time.

extended as well 60 days to **January 6, 2006**; and that the due date for Pre-trial Memos be extended for 60 days to **January 20, 2006**.

7. Wherefore, it is jointly requested by Plaintiff and Defendants, that this Court enter an order extending all deadlines by 60 days, as outlined above, in the interests of justice.

**WILLIAM J. BURELLE**

By his attorney,

Melissa M. Horne, Esq. (#5291)
Winograd, Shine & Zacks, P.C.
123 Dyer Street
Providence, RI 02903
Tel. # (401) 273-8300
Fax # (401) 272-5728

Dated: Oct. 17, 2005

**ERNEST MASSE**

By his attorney,

Joseph J. Altieri, Esq. (#2712)
Joseph J. Altieri, Ltd.
301 Metro Center Boulevard
Suite 102
Warwick, RI 02886
Tel. # (401) 736-6600
Fax # (401) 736-6602

Dated: Oct. 17, 2005

**QUEBECOR WORLD PAWTUCKET PACKAGING GRAPHICS and QUEBECOR WORLD PRINTING (USA), INC.**

By Its Attorneys,

Anthony J. DiOrio (#3419)
JACKSON LEWIS LLP
127 Dorrance Street, 4th Floor
Providence, Rhode Island 02903
(401) 490-3444

Dated: Oct. 17, 2005