**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| **WILLIAM J. BURELLE**<br><br>**Plaintiff,**<br>**v.**<br><br>**QUEBECOR WORLD PAWTUCKET f/k/a QUEBECOR WORLD PACKAGING GRAPHICS; QUEBECOR WORLD PRINTING (USA) INC.; and ERNEST MASSE**<br>**Defendants.** | **C.A. No. 04-414 S** |

**NOTICE OF DEPOSITION OF ERNEST MASSE**

PLEASE TAKE NOTICE that commencing at **9:15 a.m.** on the **27th** of **October, 2005** at the offices of **Winograd, Shine & Zacks, P.C.**, 123 Dyer Street, Providence, Rhode Island, the Plaintiff in the above-entitled action will take the deposition of the Defendant, **Ernest Masse**, pursuant to the United States District Court Rules of Civil Procedure. This Deposition shall continue from day to day until completed, and will be taken before a Notary Public or before some other officer authorized by law to administer an oath. The testimony will be recorded stenographically. You are invited to attend and participate in the manner provided for in the Rules of Civil Procedure.

**WILLIAM J. BURELLE**

By his Attorneys,

WINOGRAD, SHINE & ZACKS, P.C.

By Melissa Horne
Melissa M. Horne, Esq.
State Bar No. 5291
Lynn K. Gifford, Esq.
State Bar No. 6648
123 Dyer Street
Providence, RI 02903
Telephone: (401) 273-8300
Facsimile: (401) 272-5728

Dated: October 18, 2005

**CERTIFICATION**

I hereby certify that on October 18th, 2005, I forwarded a true copy of the within document to Joseph J. Altieri, Esq., Joseph J. Altieri, Ltd., 301 Metro Center Boulevard, Suite 102, Warwick, RI 02886 and Anthony J. DiOrio, Esq., Jackson Lewis, LLP, 127 Dorrance Street, 4th Floor, Providence, RI 02903 and Anthony J. DiOrio, Esq., Jackson Lewis, One North Broadway, Suite 1502, White Plains, NY 10601 by regular mail.

Sara Lenezque