ORIGINAL

**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| **WILLIAM J. BURELLE,** **Plaintiff,** - against - **QUEBECOR WORLD PAWTUCKET f/k/a QUEBECOR WORLD PACKAGING GRAPHICS; QUEBECOR WORLD PRINTING (USA) INC.; and ERNEST MASSE,** **Defendants.** | **C.A. No.: 04-414 S** |

## JOINT MOTION FOR EXTENSION OF PRETRIAL DATES

Plaintiff and Defendants now jointly move for an extension of the dates imposed by the Pretrial Order entered in this matter. In support of the motion, the parties state the following:

1. The parties have nearly completed pre-trial discovery. Defendant Quebecor has taken approximately 80 percent of Plaintiff's deposition, with the remaining 20 percent to be completed in short order. Defendant Masse may have some questioning of Plaintiff as well after Quebecor's completion of Plaintiff's deposition.

2. Plaintiff has taken the deposition of two former Quebecor employees, Victor Santos and Plaintiff's former supervisor, Ernest Masse.

3. All parties traveled to New York City to conduct the deposition of Mendy Bistritsky, a non-party witness whose deposition was taken pursuant to subpoena.

4. Presently, Plaintiff needs to take the deposition of Gary Stiffler, who was the Vice-President of Operations for Quebecor's Packaging Graphics location at the time of

Plaintiff's discharge. Unfortunately, Defendant Quebecor sold the Packaging Graphics division on December 2, 2005, and Mr. Stiffler is no longer a Quebecor employee. In a recent telephone conference with counsel for Quebecor, Mr. Stiffler indicated a continued willingness to cooperate with this litigation and give testimony. However, due to the recent sale of the Quebecor facility (Mr. Stiffler is remaining with Packaging Graphics), he indicated that it would be difficult to appear for deposition during the month of December, 2005. It is contemplated, however, that we would be able to finish Mr. Stiffler's deposition in January, 2006.

5. Counsel for Plaintiff has also served a Second Request for Documents based upon Mr. Masse's deposition testimony. However, and again, due to the recent sale of the Pawtucket facility, it may be difficult for Quebecor's counsel to obtain the requested documents responsive to Plaintiff's request. Counsel is attempting to obtain the documents from the successor to Quebecor's ownership of the Pawtucket facility on a voluntary basis. If counsel is unsuccessful, Plaintiff may have to seek the documents via service of a subpoena.

6. As there may be other discovery to consider once the currently scheduled depositions are completed, the parties would like to have a short period of time to consider such further action, if necessary.

7. Accordingly, it is jointly requested that the present discovery cutoff date of December 19, 2005 be extended 45 days to **February 2, 2006**; that the present dispositive motion cutoff date of January 6, 2006 be extended as well 45 days to **February 20, 2006**; and that the due date for Pre-trial Memos be extended for 45 days to **March 6, 2006**.

8. Wherefore, it is jointly requested by Plaintiff and Defendants, that this Court enter an order extending all deadlines by 45 days, as outlined above, in the interests of justice.

**WILLIAM J. BURELLE**

By his attorney,

Melissa M. Horne

Melissa M. Horne, Esq. (#5291)
Winograd, Shine & Zacks, P.C.
123 Dyer Street
Providence, RI 02903
Tel. # (401) 273-8300
Fax # (401) 272-5728

Dated: Dec. 7, 2005

**ERNEST MASSE**

By his attorney,

Joseph J. Altieri, Esq. (#2712)
Joseph J. Altieri, Ltd.
301 Metro Center Boulevard
Suite 102
Warwick, RI 02886
Tel. # (401) 736-6600
Fax # (401) 736-6602

Dated: 12/7/05

**QUEBECOR WORLD PAWTUCKET PACKAGING GRAPHICS and QUEBECOR WORLD PRINTING (USA), INC.**

By Its/Their Attorneys,

Anthony J. DiOrio (#3419)
JACKSON LEWIS LLP
127 Dorrance Street, 4th Floor
Providence, Rhode Island 02903
(401) 490-3444

Dated: 12/7/05