UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

- - - - - - - - - - - - - - - -

| | | |
|---|---|---|
| William J. Burelle, Plaintiff, | : | |
| v. | : | CA No. 04-414S |
| Quebecor World Pawtucket, et al. Defendants. | : | |

- - - - - - - - - - - - - - - -

**AMENDED PRETRIAL ORDER**

(Civil Case)

Pursuant to Rule 16 of the Federal Rules of Civil Procedure, the Pretrial Order for this case is amended as follows (No further extensions will be granted):

1. Fact Discovery Closure. All factual discovery will be closed by **February 2, 2006**.

2. Dispositive Motions. Dispositive motions shall be filed by **February 20, 2006**. Prior to filing a motion for summary judgment, counsel must request a conference with the Court. Counsel should note the requirements of Local Rule 12.1 with respect to motions for summary judgment.

3. Pretrial Memoranda. Counsel shall present by **30 days after a decision on any dispositive motions, or if no dispositive motions are filed, by March 6, 2006.**

By Order

Deputy Clerk

ENTER:

William E. Smith
United States District Judge
Date: 12/8/05