**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

**WILLIAM J. BURELLE**

**Plaintiff,**

**v.**

**QUEBECOR WORLD PAWTUCKET f/k/a QUEBECOR WORLD PACKAGING GRAPHICS; QUEBECOR WORLD PRINTING (USA) INC.; and ERNEST MASSE**

**Defendants.**

**C.A. No. 04-414 S**

**NOTICE OF DEPOSITION OF JOY ANGELONE**

PLEASE TAKE NOTICE that commencing at 1:00 p.m. on the **18th** of **January, 2006** at the offices of **Winograd, Shine & Zacks, P.C.**, 123 Dyer Street, Providence, Rhode Island, the Plaintiff in the above-entitled action will take the deposition of **Joy Angelone,** pursuant to the United States District Court Rules of Civil Procedure. This Deposition shall continue from day to day until completed, and will be taken before a Notary Public or before some other officer authorized by law to administer an oath. The testimony will be recorded stenographically. You are invited to attend and participate in the manner provided for in the Rules of Civil Procedure.

The deponent and/or her attorney is requested to produce at or before the scheduled deposition at the offices of Defendant's counsel, Winograd, Shine & Zacks, P.C., 123 Dyer Street, Providence, Rhode Island 02903, pursuant to the Federal Rules of

Civil Procedure, all documents within his care, custody or control which relate to William Burelle's employment and/or termination by Quebecor World Pawtucket f/k/a Quebecor World Packaging Graphics.

**WILLIAM J. BURELLE**

By his Attorneys,

WINOGRAD, SHINE & ZACKS, P.C.

By: Melissa Horne

Melissa M. Horne, Esq.
State Bar No. 5291
Lynn K. Gifford, Esq.
State Bar No. 6648
123 Dyer Street
Providence, RI 02903
Telephone: (401) 273-8300
Facsimile: (401) 272-5728

Dated: January 11, 2006

**CERTIFICATION**

I hereby certify that on January 11th, 2006, I forwarded a true copy of the within document to Joseph J. Altieri, Esq., Joseph J. Altieri, Ltd., 301 Metro Center Boulevard, Suite 102, Warwick, RI 02886 and Anthony J. DiOrio, Esq., Jackson Lewis, One North Broadway, Suite 1502, White Plains, NY 10601 by facsimile and regular mail.