A088 (Rev 1194) Subnoena in a Civil Case

# Issued by the
# UNITED STATES DISTRICT COURT
## DISTRICT OF RHODE ISLAND

WILLIAM J. BURELLE

V.

QUEBECOR WORLD PAWTUCKET f/k/a QUEBECOR WORLD PACKAGING GRAPHICS; QUEBECOR WORLD (USA), INC.; AND ERNEST MASSE

SUBPOENA IN A CIVIL CASE

**Case Number:** 04-414

**TO:** Packaging Graphics, LLC f/k/a Quebecor World Pawtucket
c/o John W. Wolfe, Registered Agent
56 Exchange Terrace
Providence, RI 02903

YOU ARE COMMANDED to appear in the United States District court at the place, date, and time specified below testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
| | DATE AND TIME |

YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
| | |

X YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

SEE Exhibit A.

| PLACE | DATE AND TIME |
|---|---|
| Winograd, Shine & Zacks, P.C., 123 Dyer Street, Providence, RI 02903 | On or before January 25, 2006 |

YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
| | |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
| Melissa Horne Attorney for Plaintiff | 1/13/06 |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER
Melissa M. Horne, Esq.
Winograd, Shine & Zacks, P.C., 123 Dyer Street, Providence, RI 02903
Telephone: (401) 273-8300

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on next page)

' If action is pending in district other than district of issuance, state district under case number.

A088 (Rev 1/94) Subpoena in a Civil Case

## PROOF OF SERVICE

| | | | |
|---|---|---|---|
| SERVED | 1/13/06 | PLACE | 56 Exchange Tr. Providence, R.I. 02903 |
| | DATE | | |

JOHN W. WOLFE, ESQ. — John W. Wolfe
SERVED ON (PRINT NAME) — MANNER OF SERVICE

Annmarie Thomas — OFFICE Clerk
SERVED BY (PRINT NAME) — TITLE

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on 1/13/06
DATE

Annmarie Thomas
SIGNATURE OF SERVER

123 Dyer St. Prov. RI. 02903
ADDRESS OF SERVER