# EXHIBIT A

1. All documents maintained by Ernest Masse in his capacity as Sales Manager regarding William Burelle, including but not limited to:

a. Notes or other documents reflecting discussions between Ernest Masse and William Burelle regarding William Burelle's sales performance;

b. Notes or other documents reflecting discussions between Gary Stiffler and Ernest Masse regarding the sales performance of the Quebecor World Pawtucket f/k/a Quebecor World Packaging Graphics sales representatives, including but not limited to William Burelle;

c. Reports or other documents reflecting potential new accounts contacted by William Burelle;

d. Notes or other documents reflecting communications Ernest Masse may have had with Mendy Bistrinsky at any time between 1999 and January 3, 2003; and

e. Notes or other documents reflecting visits to potential new customers by Ernest Masse and Quebecor World Pawtucket f/k/a Quebecor World Packaging Graphics sales representatives.

2. All documents maintained by Gary Stiffler in his capacity as Vice President of Operations regarding William Burelle, including but not limited to

a. Notes or other documents reflecting discussions between Gary Stiffler and Ernest Masse regarding the sales performance of the Quebecor World Pawtucket f/k/a Quebecor World Packaging Graphics sales representatives, including but not limited to William Burelle;

3. All documents reflecting sales goals established for the inside sales representatives employed by Quebecor World Pawtucket f/k/a Quebecor World Packaging Graphics, including but not limited to William Burelle, during the period January 1, 1993 through June 14, 2002.

4. All documents reflecting the dollar volume of sales made by the inside sales representatives employed by Quebecor World Pawtucket f/k/a Quebecor World Packaging Graphics, including but not limited to William Burelle, during the period January 1, 1993 through June 14, 2002.

5. All Monthly Marketing Reports filed by the inside sales representatives employed by Quebecor World Pawtucket f/k/a Quebecor World Packaging Graphics, including but not limited to William Burelle, during the period January 1, 1993 through June 14, 2002.

6. All documents reflecting sales to Vinyl Pak by any division of Quebecor World Printing (USA), Inc. during the period 1999 to the present.

7. All documents relating to a reduction in force program implemented in August, 2001.

8. David Williamson's personnel file.

9. Robert Gormally's personnel file.