UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

**WILLIAM J. BURELLE,**
**Plaintiff,**

**- against -**

**QUEBECOR WORLD PAWTUCKET f/k/a QUEBECOR WORLD PACKAGING GRAPHICS; QUEBECOR WORLD PRINTING (USA) INC.; and ERNEST MASSE,**
**Defendants.**

**C.A. No.: 04-414 S**

# JOINT MOTION FOR EXTENSION OF PRETRIAL MEMORANDA DUE DATE

Plaintiff and Defendants now jointly move for an extension of the due date for the filing of the Pretrial Memoranda imposed by the Pretrial Order entered in this matter. In support of the motion, the parties state the following:

1. The parties heretofore have completed all pre-trial discovery within the timeframe of this Court's Amended Pretrial Order of December 8, 2005.

2. Pursuant to said Amended Pretrial Order, the parties are to have Pretrial Memoranda filed with the Court no later than **March 6, 2005**.

3. It recently came to counsels' attention that a Settlement Conference on this matter was scheduled for February 28, 2006, but for some unknown reason, none of the parties received notice of the Settlement Conference's date or time. Apparently the Settlement Conference date came and passed without any parties appearing before Judge Hagopian. The

parties only received the original Notice of Settlement Conference, dated February 9, 2006, on this date, to wit: March 2, 2006.

4. Within several hours of today's receipt of the February 9, 2006 notice, counsel for all sides received a new Notice of Settlement Conference from Judge Hagopian's chambers, advising counsel to disregard the former Notice of Settlement Conference. The new Settlement Conference date is re-scheduled for **March 14, 2006** at 10:00 A.M. before Judge Hagopian.

5. Counsel have conferred with their respective clients, and each other, and there is a strong willingness to engage in the settlement process in an attempt to avoid the cost, expense and disruption that a federal trial would entail.

6. In this same vein, it would appear that the time and expense to all parties in preparing and complying with every part of this Court's Pretrial Memoranda requirement would be wasted if the parties are about to engage in a serious settlement process. Valuable resources which could be better utilized in the settlement process may be needlessly expended in preparing the papers and processes involved.

7. Accordingly, it is jointly requested that the due date for Pre-trial Memos be extended to one week after the conclusion of the presently scheduled Settlement Conference, i.e., **March 21, 2006**, in the event the matter is not settled before Judge Hagopian and the parties are required to go forward with trial on the merits.

8. Wherefore, in the interest of justice, it is respectfully prayed that the relief requested herein be granted, and this Court enter an order extending the deadline for filing of Pretrial Memoranda to **March 21, 2006**, without any further extensions permitted.

**WILLIAM J. BURELLE**

By his attorney,

Melissa M. Horne

Melissa M. Horne, Esq. (#5291)
Winograd, Shine & Zacks, P.C.
123 Dyer Street
Providence, RI 02903
Tel. # (401) 273-8300
Fax # (401) 272-5728

Dated: March 2, 2006

**ERNEST MASSE**

By his attorney,

Joseph J. Altieri, Esq. (#2712)
Joseph J. Altieri, Ltd.
301 Metro Center Boulevard
Suite 102
Warwick, RI 02886
Tel. # (401) 736-6600
Fax # (401) 736-6602

Dated: March 2, 2006

**QUEBECOR WORLD PAWTUCKET PACKAGING GRAPHICS and QUEBECOR WORLD PRINTING (USA), INC.**

By Its/Their Attorneys,

Anthony J. DiOrio (#3419)
JACKSON LEWIS LLP
127 Dorrance Street, 4th Floor
Providence, Rhode Island 02903
(401) 490-3444

Dated: March 2, 2006