ORIGINAL

**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

----------------------------------------------------------X

**WILLIAM J. BURELLE,** :

**Plaintiff,** :

**- against -** : **C.A. No.: 04-414 S**

**QUEBECOR WORLD PAWTUCKET f/k/a QUEBECOR WORLD PACKAGING GRAPHICS; QUEBECOR WORLD PRINTING (USA) INC.; and ERNEST MASSE,** :

**Defendants.** :

----------------------------------------------------------X

**<u>DECLARATION OF ANTHONY J. DiORIO, ESQ.</u>**

I, Anthony J. DiOrio, on oath depose and state as follows:

1. I am an attorney admitted before this Honorable Court, and I represent the corporate Defendants in this matter.

2. The Exhibits to this Declaration comprise true copies of documents produced in discovery by Plaintiff, and have been identified in Plaintiff's Pretrial Memorandum as being some of his proposed exhibits for trial.

3. This Declaration is made to further Defendants' motion *in limine* to exclude various proposed Exhibits (involving documents filed with or issued from the RICHR and/or the EEOC) from being admitted into evidence:

A "Amended Letter" from RICHR, declaring "probable cause", dated May 14, 2004;

B "Right-To-Sue" letter issued by the EEOC on July 1, 2004;

C Letter dated January 15, 2004 from a customer of Plaintiff (Bates stamped by Plaintiff as "B103"); and

D Copy of decision in Sherman v. Chrysler Corp., 47 Fed. Appx. 716 (6th Cir. 2002).

Signed under the pains and penalties of perjury this 3 day of April, 2006

Anthony J. DiOrio (R.I. Bar No. 3419)