02-150 F

STATE OF RHODE ISLAND

# COMMISSION FOR HUMAN RIGHTS

May 14, 2004
**AMENDED LETTER**


...usa

*...sioners*

...uin F. Gomes
...da Williams
...andolph Lowman
Camille Vella Wilkinson
Jean Stover

*Chair Emeritus*
Marguerite A. Beaubien

*Executive Director*
Michael D. Évora, Esq.


Melissa Horne, Esq.
Winograd, Shine & Zacks, PC
123 Dyer Street
Providence, RI 02903

RE: RICHR # 03 EAG 194-50/05 EEOC NO. 16JA300113
William J. Burelle vs. Quebecor Packaging Graphics and Ernest Masse, Sales Manager

Dear Ms. Horne:

On **May 12, 2004**, a Preliminary Investigating Commissioner carefully reviewed and considered the information gathered during the course of the investigation by members of the Commission staff. The Commissioner has determined that there is "**probable cause**" to believe that the respondents have violated the **Rhode Island Fair Employment Practices Act**. The conciliator at the Rhode Island Commission for Human Rights will now endeavor to negotiate an appropriate conciliation agreement with you.

R.I.G.L. Section 28-5-24.1(c) provides as follows:

> (c) As to cases commenced in the commission after the effective date of this act, the complainant or the respondent may elect within twenty (20) days after receipt of a finding of probable cause, to terminate by written notice to the commission all proceedings before the commission and have the case heard in the superior court. In the event of an election to terminate the proceedings, the commission shall issue a right to sue letter to the complainant with a copy of the letter sent to all parties. The complainant shall have the right to commence suit in the superior court within any county as provided in § 28-5-28 within ninety (90) days of the date of the right to sue letter. Either party may claim a trial by jury in the superior court. Notwithstanding the termination of proceedings before the commission upon the granting of the right to sue notice, the parties may agree to have the commission seek to conciliate or mediate settlement of the case within the ninety (90) day period in which the complainant has the right to commence suit in superior court.

Fax (401) 222-2616
180 Westminster Street, Providence, RI 02903
(401) 222-2661
http://richr.ri.gov
TDD# (401) 222-2664

STATE OF RHODE ISLAND

# COMMISSION FOR HUMAN RIGHTS



Susa

ssioners

quin F. Gomes
aida Williams
Randolph Lowman
Camille Vella Wilkinson
Jean Stover

*Chair Emeritus*
Marguerite A. Beaubien

*Executive Director*
Michael D. Évora, Esq.

If any party wants the above-entitled matter heard and decided in Superior Court, that party must notify the Commission in writing within twenty (20) days of receipt of this letter. The notice of election should be addressed to Cynthia Hiatt, Legal Counsel, at the above address and a copy sent to all of the parties. If such an election is made, the Commission will issue a right to sue notice to the complainant who will then have ninety (90) days to commence suit in Superior Court. Either party may claim a trial by jury in the Superior Court.

If no party makes the election discussed above, the Commission will continue to process the case.

Sincerely,

Michael D. Évora
Executive Director

NOTE: Conciliator will contact you.
Conciliator: Michael D. Évora

MDE/bar
CC: William J. Burelle

A-34007mult

Fax (401) 222-2616
180 Westminster Street, Providence, RI 02903
(401) 222-2661
http://richr.ri.gov
TDD# (401) 222-2664