**TEC...the one source supply**

*TELEPHONE EXTENSION CORP.*
*A Division of Lynn Electronics Corp.*
154 Railroad Dr.
Ivyland, PA 18974
215-942-9806 FAX: 215-364-2944
E-MAIL: howard@lynnelec.com

**January 15, 2004**

Winograd, Shine & Zacks, P.C.
Melissa Horne, Esq.
123 Dyer Street
Providence, RI 02903-3980

Dear Attorney Horne:

Mr. William Burelle had advised me that Packaging Graphics claimed that he had lost the Telephone Extension Corp. ( TEC ) while he was employed by them.

I would like to set the story straight that Mr. Burelle had been a great help In my endeavors to grow our packaging line of goods and was never in danger of losing our business.

During 2001, TEC underwent new ownership by being acquired by Lynn Electronics and during that time, a complete evaluation was undertaken in regards to our inventory and packaged goods line. At that time, no new orders were being placed.

Over the course of the last year, Lynn Electronics has been placing new orders for their packaging materials and I am proud to say that Mr. Burelle, with his new company, has benefited by receiving These orders.

I value my relationship with Mr. Burelle and will continue to do business With him.

Sincerely,

Howard Harris
General Manager