ORIGINAL

**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **WILLIAM J. BURELLE,** Plaintiff, - against - **QUEBECOR WORLD PAWTUCKET f/k/a QUEBECOR WORLD PACKAGING GRAPHICS; QUEBECOR WORLD PRINTING (USA) INC.; and ERNEST MASSE,** Defendants. | : | **C.A. No.: 04-414 S** |

**DECLARATION NO. 2 OF ANTHONY J. DiORIO, ESQ.**

I, Anthony J. DiOrio, on oath depose and state as follows:

1. I am an attorney admitted before this Honorable Court, and I represent the corporate Defendants in this matter.

2. The Exhibits to this Declaration comprise true copies of documents produced in discovery by Plaintiff, and have been identified in Plaintiff's Pretrial Memorandum as being some of his proposed exhibits for trial.

3. This Declaration is made to further Defendants' Motion *In Limine* No. 2 to preclude trial testimony of or about other claims and incidents of discrimination.

4. Attached hereto are the following exhibits which are cited in Defendants' Motion *In Limine* No 2:

A. Email correspondence between Ernest Masse and William Burelle, dated February 28, 2003, bates number B00148;

B. Amended Complaint filed by Ernest Masse in the Providence County Superior Court, Providence, Rhode Island, C.A. No. 05-3222;

C. Relevant pages of Defendant Masse's deposition testimony cited in Defendants' Motion *In Limine* No. 2 to preclude trial testimony of or about other claims and incidents of discrimination;

D. Email correspondence prepared by Plaintiff, dated March 7, 2002, bates number B00040;

E. Correspondence prepared by Plaintiff to Gary Stiffler, dated March 25, 2002, bates number B00011; and

F. Relevant pages of Plaintiff's deposition testimony cited in D Defendants' Motion *In Limine* No. 2 to preclude trial testimony of or about other claims and incidents of discrimination

Signed under the pains and penalties of perjury this 3 day of April, 2006

Anthony J. DiOrio (R.I. Bar No. 3419)