**Melissa M. Horne, Esq.**

**From:** Ernie Masse [erniemasse@researchpackaging.com]
**Sent:** Friday, February 28, 2003 8:54 AM
**To:** WJABELL@aol.com
**Subject:** Re: Your request

Introduction letter.doc

Bill thank you for your help and I hope we can still be friends and work together again some day.
I am back to my self these days now that I am out of the Corp life. I was a person I did not like myself for a while. I have attached a copy of what we are doing at RPI and if I can be of any help to you let me know.

Ernie Masse
Research Packaging Inc.
660 Bodwell St. ext.
Avon, MA 02322
Phone 508-580-4500 ext.120
Fax 508-580-4501
Cell 508-577-9084
e-Mail
erniemasse@researchpackaging.com

----- Original Message -----
From: <WJABELL@aol.com>
To: <erniemasse@researchpackaging.com>
Cc: <mhorne@wszlaw.com>
Sent: Friday, February 28, 2003 8:44 AM
Subject: Your request

> Good morning, Ernie:
>
> Received your message..my attorney's name is:
>
> Melissa M. Horne, Esq.
> Winograd, Shine & Zacks, P.C.
> 123 Dyer Street
> Providence, RI 02903
>
> (401) 273 8300
>
> Sincerely,
>
> BillBurelle
>



B 00148