Subj: **P G # 22 March 7, 2002**
Date: 3/7/02 10:07:28 AM Eastern Standard Time
From: BURELLEPKG
To: WJABELL

I am writing this e-mail to document a situation that happened on Wednesday, Feb 27, 2002...1 week ago.

I was in Ernie Masse's office that afternoon discussing my accounts and new prospects when he received a cell phone call from Ken Scolaro...when Ernie answered, he told Ken that he would be right out but he had to get his pants on. As Ernie opened his office door, he was tugging at his belt and said " OK, I got my pants on". At that time, I spoke out saying that this was sexual harrassment in the first degree and also said"Victor, where are you!!" Also at the door was Gail May because she was fixing my laptop and at that time was returning it to me. Afterwards, I mantioned to Ernie that wasn't the proper thing to say. He responded by apologizing and agreeing that he wasn't thinking. He then said that we should forget the whole matter.

That weekend I mentioned it to my wife,Ellie and told her that I was upset because if word of the situation got around, I would be kidded forever...some people at PG wouldn't let it die.

I was then at the plant on Monday, March 4 and mentioned it to Bill Palmer and Darrell Carlsen and they both said that I should have said something to human resources.

I also saw both Gail and Ken that day and asked whether they remembered what was said, and they both agreed that they heard Ernie saying that he had to pull up his pants and that he would be right out. (Gail was near Ken when he made the call and heard the comments) Gail later said to me that she heard me say that it was "sexual harrassment" and asked why I didn't report it.

I responded that I didn't want anyone to get in trouble or lose their job.
Comments by Ernie were inappropiate by a manager and disrepectful to me as an employee.

I am sure that Ernie would take the appropiate measures at a later date to assure that he will not suffer from this episode.

I realize that by not reporting it, that the issue would subside and its initial impact will be watered down. I feel at this time that I will have to deal with it and at times, the humiliation of it bothers me. I still may consider reporting it at a later date.