March 25, 2002

To: Mr. Gary Stiffler

From: William Burelle

Subj: Complaint / Inappropiate Behavior and Comments

It is sad and unfortunate that at this time, I must file a formal complaint against my supervisor,Mr. Ernie Masse, for inappropiate comments and behavior of a sexual nature. These comments were made to two other employees at that time and and were humilitating and disrespectful to me as an employee of Quebecorworld.

I am coming forth at this time, because after almost three weeks, I am having flashbacks and wondering why my supervisor would stoop so low as to make the comments.

On February 27, 2002, Ernie and I were having a closed door meeting in his office, when Ernie received a cell call from another employee that needed to speak to both him and me. Ernie proceeded to tell that employee that he would be right out but "he had to pull his pants up first"!

Upon opening his office door, Ernie was tugging at the waist of his pants as if to finish the process of pulling up his pants. His comment was "OK, I'm done". My immediate reaction was to say "that's sexual harrassment..first class". At his door was also a female employee that heard and witnessed the same thing. Ernie later apologized to me but the appearance of an employee being in his supervisor's office with the door closed and the supervisor's comments of his pants being down is again, humilitating and disrespectful.

The following Monday, March 4, 2002, I questioned both the male and female employee as to what they saw and heard, and both recalled the incident without question. In fact, the female employee questioned me as to whether I was going to report it. My reponse was negative, stating that I didn't want to cause any problems or have anyone fired. But. as forementiond, I am having a problem accepting the situation because of other previous comments that Ernie had made to me that were also disrespectful. Ernie had questioned my integrity, called me a liar, accused me of making wrongful comments, etc. Ernie had also berated me at the sales meeting that was held at the Westin in Waltham.

It is time for the company to investigate my complaint and take the necessary corrective action.

I have not been able to function as a sales person working under Ernie's direction because of the fear factor of what will happen next. I have purposely withheld the two employees names at this time in order to protect them and myself.

Sincerely,

William Burelle