ORIGINAL

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| WILLIAM J. BURELLE, Plaintiff, | : | |
| - against - | : | C.A. No.: 04-414 S |
| QUEBECOR WORLD PAWTUCKET f/k/a QUEBECOR WORLD PACKAGING GRAPHICS; QUEBECOR WORLD PRINTING (USA) INC.; and ERNEST MASSE, Defendants. | : | |

**DECLARATION NO. 3 OF ANTHONY J. DiORIO, ESQ.**

I, Anthony J. DiOrio, on oath depose and state as follows:

1. I am an attorney admitted before this Honorable Court, and I represent the corporate Defendants in this matter.

2. The Exhibits to this Declaration comprise true copies of documents produced in discovery by Plaintiff, and have been identified in Plaintiff's Pretrial Memorandum as being some of his proposed exhibits for trial.

3. This Declaration is made to further Defendants' Motion *In Limine* No. 3 to exclude exhibits and/or testimony regarding statistical evidence.

4. Attached hereto are the following exhibits which are cited in Defendants' Motion *In Limine* No 3:

A. A true and correct copy of a spreadsheet entitled, "Termination Profile for 2001 and 2002," bates number Quebecor (Burelle) 0367-0370);

B. A true and correct copy of document entitled, "Workforce Profile: Sales Representatives," bates number Quebecor (Burelle) 0371); and

C. A true and correct copy of Bloom v. AGFA Corp., C.A. No. 90-10856, 1994 U.S. Dist. LEXIS 13797 (D. Mass. Aug. 10, 1994), aff'd, 1995 U.S. App. LEXIS 8983 (1st Cir. Apr. 18, 1995).

Signed under the pains and penalties of perjury this 3 day of April, 2006

Anthony J. DiOrio (R.I. Bar No. 3419)