Termination Profile for 2001 and 2002

CONFIDENTIAL

RICHR No. 03 EAG 194-50/05, EEOC 16Ja300113

William J. Burrelle vs. Quebecor Packaging Graphics, Inc. and Ernest Masse, Sales Manager

| Employee Name | Date of Hire | Date of term | Depatment | Age | Birthday | Reason |
|---|---|---|---|---|---|---|
| HANSON, MERRILL | 5/10/1989 | 1/1/2001 | thermoforming | 45 | 9/17/1955 | severence |
| HENDERSON, JOHN | 3/21/1994 | 1/1/2001 | pre press | 57 | 5/19/1944 | quit |
| ENCARNACION, CARLOS | 11/10/1997 | 3/1/2001 | thermoforming | 27 | 7/29/1974 | quit |
| BAPTISTA, JORGE | 11/1/1999 | 3/23/2001 | press | 23 | 10/30/1977 | Severance |
| PAGNANO, LYNN | 2/12/2001 | 3/23/2001 | Office | 32 | 5/14/1969 | quit |
| VELIZ, WERNER | 4/28/1997 | 3/23/2001 | finishing | 26 | 12/5/1974 | quit |
| CONNORS, MICHAEL | 9/9/1991 | 4/1/2001 | shipping | 62 | 2/19/1939 | severence |
| WOODWARD, JOHN | 10/10/1995 | 4/11/2001 | pre press | 32 | 11/1/1968 | severence |
| CARR, DEBORAH | 2/12/2001 | 4/20/2001 | thermoforming | 50 | 1/3/1951 | quit |
| CAMARA, JOSEPH | 3/8/1999 | 4/30/2001 | finishing | 78 | 7/18/1923 | quit |
| DESUZE, ODESSA | 11/6/2000 | 4/30/2001 | Verification | 24 | 2/14/1977 | quit |
| DiSPIRITO, DINA | 8/2/1999 | 4/30/2001 | Office | 26 | 11/24/1974 | quit |
| LUIZ, ELIZABETH | 7/24/2000 | 4/30/2001 | cafeteria | 26 | 6/26/1975 | quit |
| MELLO, DAVID | 12/16/1996 | 4/30/2001 | press | 30 | 11/17/1970 | quit |
| DIAS, EDWARD | 7/25/1994 | 5/1/2001 | shipping | 60 | 7/8/1941 | severence |
| WILLIAMSON, KEITH | 12/28/1998 | 5/1/2001 | press | 38 | 5/8/1963 | quit |
| SIMAS, RYAN | 8/23/1999 | 5/10/2001 | press | 25 | 6/14/1976 | quit |
| CONNORS, PATRICK | 8/20/1990 | 5/11/2001 | Office | 38 | 4/16/1963 | found other employment |
| FINO, MANUEL | 6/16/1997 | 5/11/2001 | press | 41 | 6/20/1960 | quit |
| PERRY, ANTHONY | 8/21/2000 | 5/25/2001 | press | 32 | 12/20/1968 | quit |
| OSORIO, DANIEL | 11/9/1998 | 5/31/2001 | finishing | 28 | 4/11/1973 | quit |
| CREAMER, DOREEN | 6/13/1988 | 6/1/2001 | Office | 35 | 8/10/1966 | found other employment |
| MEI, NITH | 11/21/1988 | 6/4/2001 | thermoforming | 55 | 5/25/1946 | performance |
| ALICEA, VICTOR | 3/13/2000 | 6/13/2001 | bindery | 28 | 7/7/1973 | Severance |
| FERNANDEZ, ELSIDA | 7/20/1998 | 6/13/2001 | thermoforming | 37 | 4/7/1964 | quit |
| LEONARD, PAULETTE | 4/3/2000 | 6/15/2001 | HR | 52 | 10/7/1949 | found other employment |
| MARTIN, DIANA | 2/19/2001 | 6/21/2001 | Office | 18 | 11/7/1983 | performance |
| ADAMS JR, CHESTER | 10/12/1993 | 7/11/2001 | bindery | 62 | 4/3/1939 | retire |
| TORO, LUZ | 1/15/1996 | 7/16/2001 | finishing | 38 | 6/28/1963 | severence |
| GUPTILL, RICHARD | 2/25/1991 | 8/7/2001 | shipping | 58 | 8/13/1943 | severence |
| THOMPSON, JOSEPH | 5/12/1997 | 8/7/2001 | thermoforming | 46 | 12/31/1955 | severence |

Termination Profile for 2001 and 2002

| Employee Name | Date of Hire | Date of term | Depatment | Age | Birthday | Reason |
|---|---|---|---|---|---|---|
| RODRIGUEZ, AGUSTIN | 10/26/1998 | 1/1/2002 | press | 41 | 7/18/1960 | quit |
| VONGPHAYBOUN, DETLAMPHONE | 6/12/2001 | 1/11/2002 | Office | 30 | 4/4/1972 | found other employment |
| COLE, GLADYS J. | 5/8/2001 | 1/17/2002 | thermoforming | 31 | 4/6/1971 | performance |
| MOORE, PAUL | 6/5/2000 | 1/30/2002 | thermoforming | 33 | 10/10/1968 | severence |
| COOPER, WALTER | 11/27/2000 | 2/15/2002 | Verification | 41 | 10/5/1960 | moved |
| MOREL, WILSON | 6/23/1997 | 2/22/2002 | press | 33 | 11/28/1968 | quit |
| GORMALLY, ROBERT | 2/5/2001 | 2/27/2002 | sales | 43 | 2/7/1959 | performance |
| WILLIAMSON, DAVID | 7/6/1998 | 2/27/2002 | sales | 38 | 5/7/1964 | performance |
| CASTILLO, IRMA | 5/31/1989 | 3/1/2002 | thermoforming | 62 | 1/6/1940 | quit |
| ANDERTON, ROY | 4/6/1998 | 3/4/2002 | bindery | 53 | 10/19/1948 | Severance |
| PATEL, VIRENDRA | 1/25/1999 | 3/8/2002 | diemaking | 45 | 9/16/1957 | found other employment |
| CEDILLO, RAMON | 12/18/2000 | 3/18/2002 | finishing | 72 | 9/7/1930 | found other employment |
| FRAGA, ANDY | 2/12/2001 | 4/11/2002 | thermoforming | 21 | 5/22/1981 | moved |
| GODOY, VICTOR M. | 1/30/1995 | 4/19/2002 | finishing | 38 | 8/1/1964 | quit |
| DESIMAS, ANTONIO | 12/31/1990 | 4/26/2002 | press | 65 | 4/1/1937 | retire |
| SIRENA, ROBERTO | 8/2/1999 | 4/26/2002 | thermoforming | 36 | 9/17/1966 | performance |
| COOPER, DOUGLAS V. | 6/4/2001 | 4/29/2002 | press | 38 | 9/6/1964 | found other employment |
| MATOS, JOHN | 4/7/1978 | 5/16/2002 | thermoforming | 43 | 2/12/1959 | quit |
| BURELLE, WILLIAM | 12/1/1992 | 6/14/2002 | sales | 59 | 12/14/1943 | performance |
| BROWN, JOSEPH | 3/12/1990 | 6/20/2002 | press | 52 | 10/17/1950 | quit |
| RIVERA, STEVEN | 9/27/1999 | 6/21/2002 | diemaking | 37 | 5/29/1965 | found other employment |
| DELMONICO, CAROL | 3/29/1999 | 7/16/2002 | cafeteria | 44 | 9/14/1958 | quit |
| HUNT, ROBERT | 5/13/2002 | 8/9/2002 | press | 52 | 8/4/1950 | severence |
| CORREIRA, ALEXANDRA | 1/31/2000 | 8/19/2002 | finishing | 43 | 2/9/1960 | quit |
| PEREZ, MYNOR | 8/25/1997 | 8/23/2002 | die making | 32 | 8/30/1970 | found other employment |
| RIVERA, ELVIA | 3/2/1998 | 8/29/2002 | thermoforming | 38 | 6/25/1964 | quit |
| GODINHO, IVO | 5/28/2002 | 9/20/2002 | thermoforming | 23 | 3/5/1980 | quit |
| STRONG, RAYMOND | 9/22/1993 | 10/1/2002 | shipping | 36 | 2/28/1967 | performance |
| VASQUEZ, BLADIMIR | 2/25/2002 | 10/3/2002 | cafeteria | 20 | 12/27/1982 | quit |
| PIMENTEL, MARIA | 12/15/1997 | 10/18/2002 | finishing | 45 | 8/31/1957 | severence |
| RAPOSO, OLIVERIO | 6/6/1994 | 11/1/2002 | finishing | 64 | 3/11/1939 | quit |
| LOPEZ, BERTA | 7/6/1998 | 11/4/2002 | finishing | 61 | 2/6/1942 | quit |
| HORTON, JENNA | 4/29/2002 | 11/20/2002 | Customer Service | 19 | 3/28/1984 | quit |
| OVIEDO, FEDERICO | 6/10/2002 | 11/26/2002 | finishing | 40 | 11/24/1962 | moved |
| RAGLAND, AEH | 5/10/1999 | 11/26/2002 | diemaking | 29 | 12/17/1973 | found other employment |
| HANSON, JAMES | 4/2/1984 | 12/4/2002 | maint. | 45 | 11/4/1957 | severence |

Termination Profile for 2001 and 2002

| Employee Name | Date of Hire | Date of term | Depatment | Age | Birthday | Reason |
|---|---|---|---|---|---|---|
| CABRAL, CHARLES | 9/12/1988 | 12/16/2002 | pre press | 42 | 6/7/1961 | found other employment |

Termination Profile for 2001 and 2002

| Employee Name | Date of Hire | Date of term | Depatment | Age | Birthday | Reason |
|---|---|---|---|---|---|---|
| PRIDE, ERIC | 3/21/1994 | 8/14/2001 | pre press | 35 | 8/24/1966 | severence |
| MORRIS, TERESA | 4/24/2000 | 8/23/2001 | thermoforming | 43 | 12/6/1958 | quit |
| QUINN, PAUL | 6/11/2001 | 8/23/2001 | press | 47 | 2/5/1955 | severence |
| ROBERTS, JOSEPH | 8/9/1999 | 8/23/2001 | press | 46 | 8/25/1955 | severence |
| DEMEDEIROS, DEBORA | 11/16/1998 | 8/24/2001 | shipping | 28 | 8/29/1973 | severence |
| HILL, PAUL | 10/30/2000 | 8/24/2001 | pre press | 48 | 5/6/1953 | severence |
| MANDIA, ANTHONY L. | 11/21/1971 | 8/24/2001 | Customer Service | 59 | 5/13/1942 | found other employment |
| O'NEIL, MATTHEW | 12/18/2000 | 8/24/2001 | Customer Service | 28 | 12/18/1973 | severence |
| ORTIZ, EDWARD | 9/15/1997 | 8/24/2001 | press | 39 | 12/29/1962 | severence |
| RAMOS, MARGARITA | 5/15/2000 | 8/24/2001 | thermoforming | 45 | 7/10/1956 | severence |
| REGAN, WILLIAM | 11/7/1995 | 8/24/2001 | pre press | 52 | 12/23/1949 | severence |
| RIVERA, PABLO | 6/9/1997 | 8/24/2001 | press | 29 | 1/21/1973 | quit |
| TINLEY, GARY | 3/16/1998 | 8/24/2001 | pre press | 45 | 8/14/1956 | severence |
| FORLONEY, JOSEPH | 10/2/1978 | 8/30/2001 | finishing | 51 | 1/13/1951 | severence |
| SNEAD, DONALD | 2/12/2001 | 9/1/2001 | thermoforming | 29 | 10/15/1972 | quit |
| BILELLO, DAVID | 7/25/1994 | 9/11/2001 | shipping | 35 | 11/26/1966 | death |
| TRAINOR, ZACHARY R. | 6/4/2001 | 9/14/2001 | shipping | 20 | 6/19/1981 | quit |
| BEZILLA, FRANCES | 12/18/2000 | 9/28/2001 | sales | 39 | 9/18/1962 | performance |
| ROWLEY, JAMES | 10/20/1997 | 9/28/2001 | press | 28 | 10/21/1973 | quit |
| ZAMBARANO, CYNTHIA A. | 3/19/2001 | 10/12/2001 | Customer Service | 51 | 1/24/1951 | severence |
| COON, DIANE A. | 4/9/2001 | 10/19/2001 | Customer Service | 44 | 12/2/1957 | severence |
| HAWLEY, SEAN | 5/4/1998 | 11/1/2001 | shipping | 36 | 8/31/1965 | severence |
| MORRISSETTE, JOHN | 4/16/1999 | 11/1/2001 | cafeteria | 82 | 1/6/1920 | retire |
| ROPER, JEFFREY | 7/15/1998 | 11/1/2001 | sales | 40 | 11/30/1961 | severence |
| VAZQUEZ, CAROLINE L. | 4/16/2001 | 11/1/2001 | Verification | 23 | 7/24/1978 | severence |
| CONNORS, JOSEPH | 11/13/1995 | 11/2/2001 | maint. | 52 | 6/14/1949 | severence |
| DOAK, RUTH | 1/31/2000 | 11/2/2001 | cafeteria | 51 | 12/23/1950 | severence |
| PORTER, KENNETH | 7/6/1998 | 11/2/2001 | sales | 56 | 8/16/1945 | quit |
| SCICHILONE, SUSAN | 2/12/2001 | 11/2/2001 | sales | 54 | 4/22/1948 | quit |
| CORONEL, ABEL | 10/25/1995 | 11/13/2001 | thermoforming | 54 | 3/26/1948 | quit |
| LONDONO, JOHN | 3/13/2000 | 11/16/2001 | thermoforming | 37 | 12/27/1964 | performance |
| SUAREZ, MARIA V. | 5/22/2001 | 11/26/2001 | Verification | 48 | 8/11/1953 | quit |
| FOSTER, DAPHNE | 6/5/2000 | 12/6/2001 | finishing | 54 | 3/12/1948 | quit |
| PATEL, NIYATI | 5/10/1999 | 12/11/2001 | finishing | 40 | 5/9/1962 | found other employment |
| NOON, SHARON | 3/12/1990 | 12/21/2001 | Office | 66 | 12/4/1935 | retire |
| RIVERA, ROSARIO ALBERTO | 6/4/2001 | 1/1/2002 | press | 21 | 6/2/1981 | severence |