CONFIDENTIAL
Enclosure F
Quebecor World Packaging Graphics Inc.
Workforce Profile: Sales Representatives

| Name | Date of Hire | Date of Birth |
|---|---|---|
| **2001** | | |
| Jesse Brown | 1/1/1992 | 7/4/1972 |
| Darrell Carlsen | 11/27/1995 | 11/4/1969 |
| Thomas Foley | 10/11/1977 | 6/24/1943 |
| William Palmer | 10/29/1990 | 6/10/1944 |
| Thomas Rapoza | 5/21/1990 | 11/11/1958 |
| Jeanne Valles | 8/25/1997 | 6/2/1960 |
| William Burelle | 12/1/1992 | 12/14/1943 |
| David Williamson | 7/6/1998 | 5/7/1964 |
| Robert Gormally | 2/5/2001 | 2/7/1959 |
| Frances Bezilla | 12/18/2000 | 9/18/1962 |
| Kenneth Porter | 7/6/1998 | 8/16/1945 |
| Jeffrey Roper | 7/15/1998 | 11/30/1961 |
| **2002** | | |
| Jesse Brown | 1/1/1992 | 7/4/1972 |
| Darrell Carlsen | 11/27/1995 | 11/4/1969 |
| Thomas Foley | 10/11/1977 | 6/24/1943 |
| William Palmer | 10/29/1990 | 6/10/1944 |
| Thomas Rapoza | 5/21/1990 | 11/11/1958 |
| Jeanne Valles | 8/25/1997 | 6/2/1960 |
| Jon Rees | 1/21/2002 | 11/3/1961 |
| William Burelle | 12/1/1992 | 12/14/1943 |
| David Williamson | 7/6/1998 | 5/7/1964 |
| Robert Gormally | 2/5/2001 | 2/7/1959 |
| **2003** | | |
| Jesse Brown | 1/1/1992 | 7/4/1972 |
| Darrell Carlsen | 11/27/1995 | 11/4/1969 |
| Thomas Foley | 10/11/1977 | 6/24/1943 |
| William Palmer | 10/29/1990 | 6/10/1944 |
| Thomas Rapoza | 5/21/1990 | 11/11/1958 |
| Jeanne Valles | 8/25/1997 | 6/2/1960 |
| Jon Rees | 1/21/2002 | 11/3/1961 |