UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| WILLIAM J. BURELLE<br><br>Plaintiff,<br>v.<br><br>QUEBECOR WORLD PAWTUCKET f/k/a QUEBECOR WORLD PACKAGING GRAPHICS; QUEBECOR WORLD PRINTING (USA) INC.; and ERNEST MASSE<br>Defendants. | : | C.A. No. 04-414 S |

**PLAINTIFF'S OBJECTION TO DEFENDANTS' MOTION IN LIMINE NO. 3 TO EXCLUDE EXHIBITS AND/OR TESTIMONY REGARDING STATISTICAL EVIDENCE**

Plaintiff, William Burelle, objects to Defendants' Motion in Limine No. 3 to Exclude Exhibits and/or Testimony Regarding Statistical Evidence filed by Defendants for the reasons stated in his Memorandum in Support of Plaintiff's Objection to Defendants' Motion in Limine No. 3 to Exclude Exhibits and/or Testimony Regarding Statistical Evidence.

WHEREFORE, Plaintiff respectfully requests this Court to deny Defendants' Motion in Limine No. 3 to Exclude Exhibits and/or Testimony Regarding Statistical Evidence.

**WILLIAM J. BURELLE**

By his Attorneys,

WINOGRAD, SHINE & ZACKS, P.C.

Melissa Horne

Melissa M. Horne, Esq.
State Bar No. 5291
123 Dyer Street
Providence, RI 02903
Telephone: (401) 273-8300
Facsimile: (401) 272-5728

Dated: 4/6/06

**CERTIFICATION**

I hereby certify that on April 6th, 2006, I forwarded a true copy of the within document to Joseph J. Altieri, Esq., Joseph J. Altieri, Ltd., 301 Metro Center Boulevard, Suite 102, Warwick, RI 02886 and Anthony J. DiOrio, Esq., One North Broadway, Suite 1502, White Plains, NY 10601 by facsimile and regular mail.

[signature]

**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **WILLIAM J. BURELLE**<br>**Plaintiff,**<br>**v.**<br>**QUEBECOR WORLD PAWTUCKET f/k/a QUEBECOR WORLD PACKAGING GRAPHICS; QUEBECOR WORLD PRINTING (USA) INC.; and ERNEST MASSE**<br>**Defendants.** | : | **C.A. No. 04-414 S** |

**MEMORANDUM IN SUPPORT OF PLAINTIFF'S OBJECTION TO MOTION IN LIMINE NO. 3 TO EXCLUDE EXHIBITS AND/OR TESTIMONY REGARDING STATISTICAL EVIDENCE**

Plaintiff, William Burelle, objects to the Motion in Limine No. 3 to Exclude Exhibits and/or Testimony Regarding Statistical Evidence ("Motion in Limine No. 3") filed by Defendants Quebecor World Pawtucket f/k/a Quebecor World Packaging Graphics and Quebecor World Printing (USA) Inc. (hereinafter referred to collectively as "Quebecor") for the following reasons:

Quebecor requests this Court to exclude from evidence two exhibits which were listed on Burelle's Exhibit List as Exhibits 12 and 13 for the purpose of showing age discrimination. Quebecor listed these same exhibits on its Exhibit List for the purpose of rebutting Burelle's claim of age discrimination. *See*

Quebecor's Pretrial Memorandum at p. 16, Exhibits U and V.[1] Quebecor claims that these exhibits should be excluded because they constitute statistical evidence that is not probative of intentional age discrimination. Quebecor's arguments are without merit.

The exhibits at issue are documents that Quebecor produced in discovery and, presumably, were created by Quebecor. Quebecor submitted both documents to the Rhode Island Commission for Human Rights ("RICHR") in connection with the investigation of William Burelle's Charge of Discrimination. Although Quebecor claims Exhibit A is irrelevant to Burelle's claims because "some of the seven employees [listed on Exhibit A as employees in the Sales Department] were *not* Sales Representatives," Exhibit B lists all but one of those seven employees as sales representatives. Motion in Limine No. 3 at p. 2; Exhibits A and B. It is this type of inconsistency in the positions advanced by Quebecor that makes these exhibits relevant to Burelle's allegations that Quebcor intentionally discriminated against him because of his age and that the legitimate business reasons Quebecor articulates to support his discharge are pretextual. *See, e.g., Dominguez-Cruz v. Suttle Caribe, Inc.*, 202 F.3d 424, 432 (1st Cir. 2000)(defendants' different and arguably inconsistent

[1] These documents are attached to the Declaration of Anthony J. DiOrio, Esq. submitted in support of Motion in Limine No. 3 as Exhibits A and B, and will be referred to herein as Exhibits A and B.

explanations may demonstrate that articulated reasons are pretextual).

Moreover,

> "Statistical evidence is permissible on the issue of pretext in a disparate treatment case since 'statistics as to ... employment policy and practice may be helpful to a determination of whether [the employer's conduct] conformed to a general pattern of discrimination ...'"

*Freeman v. Package Machinery Co.*, 865 F.2d 1331, 1342 (1st Cir. 1988)(quoting *McDonnell Douglas Corp. v. Green*, 411 U.S. 792, 805, 93 S.Ct. 1817, 1825, 36 L.Ed.2d 668 (1973)).
Such evidence is admissible in disparate treatment cases "'unless [the evidence is] so incomplete as to be inadmissible as irrelevant.'" *McMillan v. Massachusetts Society for the Prevention of Cruelty to Animals*, 140 F.3d 288, 303 (1st Cir. 1998)(quoting *Bazemore v. Friday*, 478 U.S. 385, 400 n.10 (1986)).
The information contained in Exhibits A and B will be presented in conjunction with other evidence relevant to Burelle's claim that Quebecor's articulated reason for his discharge was pretextual. The jury should be permitted to consider Exhibits A and B with all the other evidence presented by the parties and make its own decision as to the weight they should be given.

For all of the above reasons, Quebecor's Motion in Limine No. 3 to Exclude Exhibits and/or Testimony Regarding Statistical Evidence should be denied.

Alternatively, the Court should withhold determination on this evidence until and if Plaintiff seeks to refer to or introduce this evidence at trial.

**WILLIAM J. BURELLE**

By his Attorneys,

WINOGRAD, SHINE & ZACKS, P.C.

Melissa Horne

Melissa M. Horne, Esq.
State Bar No. 5291
123 Dyer Street
Providence, RI 02903
Telephone: (401) 273-8300
Facsimile: (401) 272-5728

Dated: 4/6/06

**CERTIFICATION**

I hereby certify that on April 6th, 2006, I forwarded a true copy of the within document to Joseph J. Altieri, Esq., Joseph J. Altieri, Ltd., 301 Metro Center Boulevard, Suite 102, Warwick, RI 02886 and Anthony J. DiOrio, Esq., One North Broadway, Suite 1502, White Plains, NY 10601 by facsimile and regular mail.