UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| WILLIAM J. BURELLE<br>Plaintiff,<br>v.<br><br>QUEBECOR WORLD PAWTUCKET f/k/a QUEBECOR WORLD PACKAGING GRAPHICS; QUEBECOR WORLD PRINTING (USA) INC.; and ERNEST MASSE<br>Defendants. | C.A. No. 04-414 S |

**PLAINTIFF'S OBJECTION TO DEFENDANTS' MOTION IN LIMINE NO. 2 TO PRECLUDE TRIAL TESTIMONY OF OR ABOUT OTHER CLAIMS AND INCIDENTS OF DISCRIMINATION**

Plaintiff, William Burelle, objects to Defendants' Motion in Limine No. 2 to Preclude Trial Testimony Of or About Other Claims and Incidents of Discrimination for the reasons stated in his Memorandum in Support of Plaintiff's Objection to Defendants' Motion in Limine No. 2 to Preclude Trial Testimony Of or About Other Claims and Incidents of Discrimination.

WHEREFORE, Plaintiff respectfully requests this Court to deny Defendants' Motion in Limine No. 2 to Preclude Trial Testimony Of or About Other Claims and Incidents of Discrimination.

**WILLIAM J. BURELLE**

By his Attorneys,

WINOGRAD, SHINE & ZACKS, P.C.

Melissa Horne

Melissa M. Horne, Esq.
State Bar No. 5291
123 Dyer Street
Providence, RI 02903
Telephone: (401) 273-8300
Facsimile: (401) 272-5728

Dated: 4/6/06

**CERTIFICATION**

I hereby certify that on April 6th, 2006, I forwarded a true copy of the within document to Joseph J. Altieri, Esq., Joseph J. Altieri, Ltd., 301 Metro Center Boulevard, Suite 102, Warwick, RI 02886 and Anthony J. DiOrio, Esq., One North Broadway, Suite 1502, White Plains, NY 10601 by facsimile and regular mail.

Lara Lavesque

**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| WILLIAM J. BURELLE<br><br>Plaintiff,<br>v.<br><br>QUEBECOR WORLD PAWTUCKET f/k/a QUEBECOR WORLD PACKAGING GRAPHICS; QUEBECOR WORLD PRINTING (USA) INC.; and ERNEST MASSE | C.A. No. 04-414 S |

**MEMORANDUM IN SUPPORT OF PLAINTIFF'S OBJECTION TO DEFENDANTS' MOTION IN LIMINE NO. 2 TO PRECLUDE TRIAL TESTIMONY OF OR ABOUT OTHER CLAIMS AND INCIDENTS OF DISCRIMINATION**

Plaintiff, William Burelle, objects to Defendants' Motion in Limine No. 2 to Preclude Trial Testimony Of or About Other Claims and Incidents of Discrimination for the following reasons:

Defendants Quebecor World Pawtucket f/k/a Quebecor World Packaging Graphics and Quebecor World Printing (USA) Inc. (hereinafter referred to collectively as "Quebecor") move to exclude from the trial of this matter any testimony and evidence about (1) Defendant Ernest Masse's own age discrimination lawsuit against Quebecor pending in the Rhode Island Superior Court; and (2) Burelle's allegation that Defendant Masse sexually harassed him on or about February 27, 2002. Both of these issues were discussed at the Pretrial Conference on March 30, 2006.

At the Pretrial Conference, Plaintiff's counsel represented that Burelle did not anticipate raising the sexual harassment

issue unless it became necessary to rebut evidence elicited by the defendants either on cross-examination of William Burelle or in their direct cases. The discussion relative to Masse's age discrimination claims against Quebecor was similar, with an apparent consensus that evidence of those claims would most likely be permitted as impeachment evidence. Clearly, if Defendants open the door to these issues, Plaintiff should have the right to respond. Plaintiff asserts that the Pretrial Conference discussions should be dispositive of the outcome of Quebecor's Motion in Limine No. 2 and should result in the motion being denied.

Moreover, Defendant Masse is not just another co-worker who claims Quebecor discriminated against him -- Masse is alleged to have made the decision to terminate Burelle. That fact, together with his deposition testimony and allegations in his Superior Court Complaint indicating that Masse had observed during the two years prior to the late summer of 2002 that Quebecor was systematically targeting older sales representatives for adverse employment action, makes evidence relating to Masse's suit against Quebecor relevant to the credibility of Masse's testimony here, as well as his intent or motive relative to Burelle's termination.

Finally, it cannot be said that the probative value of this evidence is outweighed by the danger of unfair prejudice or any

of the other factors which must be evaluated under Fed.R.Evid. 403. Any concerns Quebecor may have about its need to rebut Masse's claims within this trial can be addressed by a limiting instruction.

For all of the above reasons, Defendants' Motion in Limine No. 2 to Preclude Trial Testimony Of or About Other Claims and Incidents of Discrimination should be denied.

Alternatively, the Court should withhold determination on this evidence until and if Plaintiff seeks to refer to or introduce this evidence at trial.

**WILLIAM J. BURELLE**

By his Attorneys,

WINOGRAD, SHINE & ZACKS, P.C.

Melissa Horne

Melissa M. Horne, Esq.
State Bar No. 5291
123 Dyer Street
Providence, RI 02903
Telephone: (401) 273-8300
Facsimile: (401) 272-5728

Dated: 4/6/06

**CERTIFICATION**

I hereby certify that on April 6th, 2006, I forwarded a true copy of the within document to Joseph J. Altieri, Esq., Joseph J. Altieri, Ltd., 301 Metro Center Boulevard, Suite 102, Warwick, RI 02886 and Anthony J. DiOrio, Esq., One North Broadway, Suite 1502, White Plains, NY 10601 by facsimile and regular mail.

Sara Lusignan