A088 (Rev 1194) Subpoena in a Civil Case

Issued by the

# UNITED STATES DISTRICT COURT

## DISTRICT OF RHODE ISLAND

William J. Burelle

V.

QUEBECOR WORLD PAWTUCKET f/k/a QUEBECOR WORLD PACKAGING GRAPHICS; QUEBECOR WORLD (USA) INC.; and ERNEST MASSE

SUBPOENA IN A CIVIL CASE

Case Number: 04-414 S

TO: Cynthia Hiatt, General Counsel
Rhode Island Commission for Human Rights
180 Westminster Street, 3rd Floor
Providence, Rhode Island 02903

X YOU ARE COMMANDED to appear in the United States District court at the place, date, and time specified below testify in the above case and to bring the following documents:

The Commission's file relating to the Charge of Discrimination filed by Ernest Masse, Jr., including but not limited to any responses to requests for information filed by the Claimant and/or Respondents.

| PLACE OF TESTIMONY | COURTROOM: 2 |
|---|---|
| United States District Court<br>For the District of Rhode Island<br>John O. Pastore Federal Building<br>One Exchange Terrace<br>Providence, RI 02903 | DATE AND TIME<br>April 10, 2006 at 9:00 a.m. |

YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
| | |

YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

| PLACE | DATE AND TIME |
|---|---|
| | |

YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
| | |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
| Melissa Horne Attorney for Plaintiff | April 6, 2006 |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER
Melissa Horne, Winograd, Shine & Zacks PC 123 Dyer St., Providence, RI 02903
(401) 273-8300

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on next page)

' If action is pending in district other than district of issuance, state district under case number.

## PROOF OF SERVICE

| | DATE | PLACE |
|---|---|---|
| SERVED | | |

Cynthia M. Hiatt [signature] 4/6/06

SERVED ON (PRINT NAME) — MANNER OF SERVICE

Annmarie THOMAS — Clerk

SERVED BY (PRINT NAME) — TITLE Winograd Shine + Zacks P.C.

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on ____________________ DATE

____________________ SIGNATURE OF SERVER

____________________ ADDRESS OF SERVER

____________________