UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

WILLIAM J. BURELLE

Plaintiff,

v.

QUEBECOR WORLD PAWTUCKET f/k/a QUEBECOR WORLD PACKAGING GRAPHICS; QUEBECOR WORLD PRINTING (USA) INC.; and ERNEST MASSE

Defendants.

C.A. No. 04-414 S

**PLAINTIFF'S MOTION IN LIMINE TO EXCLUDE EVIDENCE OF UNEMPLOYMENT COMPENSATION**

Plaintiff, William Burelle, files this Motion in Limine to exclude from the trial of this matter any evidence of or reference to unemployment compensation received by Plaintiff following his discharge by the defendants. As support for this motion, Plaintiff relies on the accompanying Memorandum in Support of Motion in Limine to Exclude Evidence of Unemployment Compensation.

WHEREFORE, Plaintiff, William Burelle, requests this Court to enter an Order barring any evidence of or reference to unemployment compensation received by Plaintiff following his discharge by the defendants.

GRANTED

William E. Smith
U.S. District Judge
4/10/06

Case 1:04-cv-00414-S Document 48 Filed 04/03/2006 Page 2 of 5

**WILLIAM J. BURELLE**

By his Attorneys,

**WINOGRAD, SHINE & ZACKS, P.C.**

Melissa Horne

Melissa M. Horne, Esq.
State Bar No. 5291
Lynn K. Gifford, Esq.
State Bar No. 6648
123 Dyer Street
Providence, RI 02903
Telephone: (401) 273-8300
Facsimile: (401) 272-5728

Dated: April 3, 2006

**CERTIFICATION**

I hereby certify that on April 3rd, 2006, I forwarded a true copy of the within document to Joseph J. Altieri, Esq., Joseph J. Altieri, Ltd., 301 Metro Center Boulevard, Suite 102, Warwick, RI 02886 and Anthony J. DiOrio, Esq., One North Broadway, Suite 1502, White Plains, NY 10601 by facsimile and regular mail.

[signature]