UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| William J. Burelle,<br><br>Plaintiff,<br><br>vs.<br><br>Quebecor World Pawtucket f/k/a Quebecor World Packaging Graphics, Quebecor World Printing (USA) Inc., and Ernest Masse,<br><br>Defendants. | C.A. No. 04-414S |

**VERDICT FORM**

1. On the question of whether the Defendants Quebecor World Pawtucket f/k/a Quebecor World Packaging Graphics and Quebecor World Printing (USA) Inc. unlawfully discriminated against the Plaintiff by terminating the Plaintiff because of his age, we the jury find:

A. For the Plaintiff _______;

B. For the Defendants Quebecor World Pawtucket f/k/a Quebecor World Packaging Graphics and Quebecor World Printing (USA) Inc. ✓



FILED IN
OPEN COURT
on 4/14/06
@ 1:20 p.m.

2. On the question of whether the Defendant Ernest Masse unlawfully discriminated against the Plaintiff by terminating the Plaintiff because of his age, we the jury find:

A. For the Plaintiff _______;

B. For the Defendant Ernest Masse ✓

Go to question 3 only if you find for the Plaintiff on question 1.

3. Do you find that the Plaintiff should be awarded damages from the Defendants Quebecor World Pawtucket f/k/a Quebecor World Packaging Graphics and Quebecor World Printing (USA) Inc.?

A. Yes _______ B. No _______

If Yes, what are the damages: ____________________

Go to question 4 only if you find for the Plaintiff on question 2.

4. Do you find that the Plaintiff should be awarded damages from the Defendant Ernest Masse?

A. Yes _______ B. No _______

If Yes, what are the damages: ____________________

Go to question 5 only if you find for the Plaintiff on question 1.

5. Do you find that the Defendants Quebecor World Pawtucket f/k/a Quebecor World Packaging Graphics and Quebecor World Printing (USA) Inc. willfully violated the law?

A. Yes _______ B. No _______

Go to question 6 only if you find for the Plaintiff on question 2.

6. Do you find that the Defendant Ernest Masse willfully violated the law?

A. Yes _______ B. No _______

Signature of Foreperson ______________________

Date: 4/14/06