UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

**JUDGMENT IN A CIVIL CASE**

WILLIAM J. BURELLE
Plaintiff
V.

Case Number: C.A. NO. 04-414S

QUEBECOR WORLD PAWTUCKET f/k/a QUEBECOR WORLD PACKAGING GRAPHICS; QUEBECOR WORLD (USA) INC.; and ERNEST MASSE
Defendant

**X Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

**Judgment shall enter in favor of the Defendants', Quebecor World Pawtucket f/k/a, Quebecor World Packaging Graphics; Quebecor World (USA) Inc.; and Ernest Masse against the Plaintiff, William J. Burelle.**

April 14, 2006
Date

Clerk

(By) Deputy Clerk