AO 187 (Rev. 7/87) Exhibit and Witness List

# United States District Court

## *District of Rhode Island*

Burrelle v. Quebecor World, et al

EXHIBIT AND WITNESS LIST

CASE NUMBER: 04-414S.

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| William E. Smith. | Michael Frankel. Melissa Horne | Anthony DiOrio, Derek Atteri |
| TRIAL DATE(S) 4/10/06 – | COURT REPORTER Anne Clayton | COURTROOM DEPUTY DCB. |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | | | | | Jury trial Day 1 4/10/06 |
| | | | | | Witness #1 William Burelle |
| 1 | | 4/10/06 | ID. | | Sales Analysis of W. Burelle |
| 2 | | 4/10/06 | ~~ID~~ | Full | Reports for Packaging Graphics. |
| 11 | | | | Full | Letter dated 4/18/01 |
| 4 | | | ~~ID~~ | Full | Spreadsheet labeled "Packaging Graphics". |
| 3 | | | | Full | Reports + Packaging Graphics. |
| 14 | | | ~~ID~~ | ~~Full~~ | E-Mails maintained by W. Burrelle. |
| 14A | | 4/11/06 | ~~ID~~ | Full | E-mail dated 5/24/01 |
| 14B | | ↓ | ~~ID~~ | Full | E-Mail dated 5/30/01 |
| 14C | | | ~~ID~~ | Full | E-Mail dated 6/11/01. |
| 14D | | | ~~ID~~ | Full | E-Mail dated 7/5/01 |
| 14E | | | ~~ID~~ | Full | Email dated 7/10/01 |
| 14F | | 4/11/06 | ~~ID~~ | Full | E-Mail dated 8/6/01 |
| 16 | | | | Full | Quebecor World Employee Handbook |
| 22 | | | | Full | Letter dated 6/14/02. |
| 29 | | | ~~ID~~ | Full | E-Mail dated 10/4/01 |
| 23 | | | | Full | E-Mail dated 6/17/02. |
| 24 | | | | Full | E-Mail dated 6/17/02 |
| 25 | | | | Full | E-Mail dated 6/17/02 |
| 26 | | | | Full | Letter from Stiffler dated 6/25/02. |

include a notation as to the location of any exhibit not held with the case file or not available because of size.

AO 187A (4/82)

# EXHIBIT AND WITNESS LIST – CONTINUATION

vs. | DOCKET NO.

| PLF. NO. | DEF. NO. | DATE OFFERED | Marked | Admitted | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 27 | | | | Full | Email from Bistritzky dated 6/18/02 |
| | | | | | |
| | | | | | Jury trial Day 2 4/11/06 |
| 146 | | 4/11/06 | | Full | Email dated 3/27/02 |
| 144 | | | | Full | Email dated 1/30/02. |
| 42 | | | | Full | Salesperson Printing Quotation |
| 43 | | | | Full | Printing Quotation. |
| | | | | | W-2 Deposition of Mendy Bistritzky read into the record. |
| | | | | | Jury trial Day 3 4/12/06 |
| | | [illegible] | | | W3 Ernest Masse. |
| | O | 4/12/06 | | Full | Memo dated 6/14/02 |
| | W | 4/12/06 | | Full | Memo dated ~~[illegible]~~ 2/27/02. |
| | X | | | Full | Memo dated 4/5/02. |
| | Y | | | Full | Memo dated 6/5/02. |
| | T | | ID. | | Sales Analysis for Nefts Sales People |
| | T-1 | | ~~ID~~ | Full | Sales Analysis Report 12/30/01 to 12/28/02 |

AO 187A (4/82)

# EXHIBIT AND WITNESS LIST – CONTINUATION

| | VS. | DOCKET NO. |
|---|---|---|
| | | |

| PLF. NO. | DEF. NO. | DATE OFFERED | Marked | Admitted | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | F2 | | ~~ID~~ | Full | Sales Analysis Report 12/31/00 to 12/29/01 |
| | | | | | W4 Gary Stiffler |
| | ~~E~~ | | ~~ID~~ | Full | Email between Gary Stiffler and Victor Santos |
| | G | | ~~ID~~ | Full | Email from [illegible] to Gary Stiffler dated 6/2/03 |
| | H | | | Full | Termination letter dated 6/25/03. |
| | | | | | |
| | | | | | ~~Jury trial~~ Day 4 4/13/06 |
| 21 | | 4/13/06 | ID | | Letter dated 2/12/02 |
| 22 | | 4/13/06 | | Full | Letter dated 2/27/02. |
| | | | | | W5 Victor Santos. |
| | | | | | ~~[illegible]~~ RW-1 Joy Angelone. |
| | | | | | Jury TRIAL Day 5 4/14/06 |
| 41 | | 4/14/06 | | Full | Stipulation |
| 44 | | 4/14/06 | | Full | Stipulation. |
| | | | | | |
| | | | | | |