AO 458 (Rev. 5/85) Appearance

# United States District Court

DISTRICT OF RHODE ISLAND

WILLIAM J. BURELLE

v

QUEBECOR WORLD PAWTUCKET

APPEARANCE

CASE NUMBER: 04-414S

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for PLAINTIFF WILLIAM J. BURELLE.

14 APRIL 2006
Date

[signature]
Signature

S. MICHAEL LEVIN (#3796)
Print Name

WINOGRAD, SHINE & ZACKS
123 DYER ST.
Address

PROVIDENCE, RI 02904
City State Zip Code

401.273.8300
Phone Number

FILED IN
OPEN COURT
on 4/14/06
@ 11:08 A.M.