**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **WILLIAM J. BURELLE,** Plaintiff, | : | |
| - against - | : | **C.A. No.: 04-414 S** |
| **QUEBECOR WORLD PAWTUCKET f/k/a QUEBECOR WORLD PACKAGING GRAPHICS; QUEBECOR WORLD PRINTING (USA) INC.; and ERNEST MASSE,** Defendants. | : | |

**DEFENDANT, Ernest Masse's Objection to Plaintiff's Motion for a new trial**

NOW COMES THE DEFENDANT, ERNEST MASSE, by and through his attorney, Joseph J. Altieri, Esquire #2712, and hereby objects to Plaintiff's Motion for a New Trial for good and sufficient cause.

Joseph J. Altieri, Ltd.
301 Metro Center Blvd., Suite 102
Warwick, Rhode Island 02886
(401) 736-6600
(401) 736-6602

By: ______________________
Joseph J. Altieri (#2712)

ATTORNEYS FOR DEFENDANT MASSE

Dated: May 4, 2006
Warwick, Rhode Island

**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

---X

**WILLIAM J. BURELLE,**

: **Plaintiff,**

:

**- Against -** : **C.A. No.: 04-414 S**

:

**QUEBECOR WORLD PAWTUCKET f/k/a :**
**QUEBECOR WORLD PACKAGING :**
**GRAPHICS; QUEBECOR WORLD PRINTING:**
**(USA) INC.; and ERNEST MASSE,**
**Defendants. :**

---X

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of Defendant's First Request for Production of Documents to Plaintiff has been served by mailing a copy of the same, via First Class United States mail, this 4th day of May 2006 to:

Melissa Horne, Esq.
Wingrad, Shine & Zacks, P.C.
123 Dyer Street
Providence, Rhode Island 02903
*Attorney for Plaintiff*

Anthony J. DiOrio, Esq.
Jackson Lewis LLP.
127 Dorrance Street, 4th Floor
Providence, Rhode Island 02903
*Attorney for Quebecor Defendants*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

---------------------------------------------------------X

**WILLIAM J. BURELLE,** :
:
**Plaintiff,** :
:
**- against -** : **C.A. No.: 04-414 S**
:
**QUEBECOR WORLD PAWTUCKET f/k/a** :
**QUEBECOR WORLD PACKAGING** :
**GRAPHICS; QUEBECOR WORLD PRINTING:**
**(USA) INC.; and ERNEST MASSE,** :
**Defendants.** :

---------------------------------------------------------X

**DEFENDANTS, ERNEST MASSE'S MEMORANDUM OF LAW IN OPPOSITION TO PLAINTIFF'S MOTION FOR A NEW TRIAL**

Defendant, ERNEST MASSE, adopts Quebecor World Pawtucket f/k/a Quebecor World Packaging Graphics' arguments contained in their Memorandum. In addition thereto, Plaintiff Burelle's testimony indicated he was not suing Defendant Ernest Masse in an individual capacity resulting in any alleged discriminatory actions.

**CONCLUSION**

For the reasons set forth herein, Defendant, Ernest Masse, and requests that the Court deny Plaintiff's motion for a new trial and uphold the jury verdict.

JOSEPH J. ALTIERI, ESQUIRE #2712
301 METRO CENTER BOULEVARD, SUITE 102
WARWICK, RI 02886
(401) 736-6600

By: ______________________________
JOSEPH J. ALTIERI, ESQ. (RI bar No. 2712)

Dated: May 15, 2006
Warwick, Rhode Island

**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **WILLIAM J. BURELLE,** Plaintiff, - against - QUEBECOR WORLD PAWTUCKET f/k/a QUEBECOR WORLD PACKAGING GRAPHICS; QUEBECOR WORLD PRINTING (USA) INC.; and ERNEST MASSE, Defendants. | : | **C.A. No.: 04-414 S** |

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of Defendants' Opposition to Plaintiff's Motion For A New Trial has been served by mailing a copy of the same, via Federal Express mail, this 15th day of May, 2006, to:

Melissa Horne, Esq.
Winograd, Shine & Zacks, PC
123 Dyer Street
Providence, RI 02903
*Attorney for Plaintiff*

Anthony J. DiOrio, Esq.
Jackson Lewis LLP
127 Dorrance Street, 4th Floor
Providence, RI 02903
*Attorney for Defendant Masse*

Joseph J. Altieri, Esquire #2712