UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

William J. Burelle,

Plaintiff,

v.

Quebecor World Pawtucket f/k/a Quebecor World Packaging Graphics; Quebecor World Pritning (USA) Inc.; and Ernest Masse,

Defendants.

C.A. No. 04-414 S

**ORDER**

Before the Court is Plaintiff's Motion for New Trial and the Defendants' Objection. After careful consideration, Plaintiff's motion is DENIED.

ORDER:

Deputy Clerk

ENTER.

William E. Smith
United States District Judge
Date: 5/18/06