William Burelle
Plaintiff

VS: CA:04-414S

Quebecor World, et al
Defendant

# EXHIBIT RECEIPT

Plaintiff exhibits 1, 2, 3, 4, 11, 14, 14(A through H), 16, 22, 23, 24, 25, 26, 27, 29, 41, 42, 43, 44

Attorney

Deputy clerk