William Burelle
Plaintiff

VS: CA:04-414S

Quebecor World, et al
Defendant

# EXHIBIT RECEIPT

Defendant exhibits E, G, H, O, T1, T2, W, X, Z2, T, Z, Z1

~~Attorney~~

Deputy clerk